## MEDRANO v. STATE.
### No. 23774.

Court of Criminal Appeals of Texas.
Nov. 5, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for sodomy, punishment confinement in the penitentiary for not less than two nor more than five years.

Under all the formalities required appellant waived a jury and entered a plea of guilty before the court. The evidence introduced upon the plea supports the judgment. It is not necessary to set out the revolting facts.

The judgment is affirmed.

## MARTIN v. STATE.
### No. 23795.

Court of Criminal Appeals of Texas.
Nov. 12, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling intoxicating liquor in a dry area in Lamar County, Texas; punishment assessed at a fine of $100 and six months in jail.

The proceedings appear regular. The record contains neither statement of facts nor bills of exception; in such condition nothing is presented for review.

The judgment is affirmed.